UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20217-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JOSE LUIS PINEDA**,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 105]

THIS CAUSE came before the Court on Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendations on Change of Plea, entered on September 27, 2024 [ECF No. 105]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed Judge Elfenbein's Report and Recommendations and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 105]** is **AFFIRMED AND ADOPTED**, and Defendant, Jose Luis Pineda's change of plea is accepted.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of October, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Marty Fulgueira Elfenbein